**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

DASHON HINES
_____
               **Plaintiff(s)**

       **vs.**

               **Defendant(s)**
LT. ROSE J. DELL, NEW HAVEN POLICE DEPT.
_____

Civil Case No.: 5:20-cv-638 (TJM/ATB)

**CIVIL**
**RIGHTS**
**COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by: ◯ JURY ⦿ COURT (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

**JURISDICTION**

1.    This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

**PARTIES**

2.    Plaintiff: Dashon Hines

    Address: 1629 Elmwood Avenue

    Buffalo New York 14207

Additional Plaintiffs may be added on a separate sheet of paper.

3.    a.    Defendant: Lt. Rose J. Dell

    Official Position: Lt. New Haven Police Department

    Address: 1 Union Avenue

    New Haven Connecticut 06519

b.      Defendant:          _____

        Official Position:  _____

        Address:            _____

                            _____

                            _____

c.      Defendant:          _____

        Official Position:  _____

        Address:            _____

                            _____

                            _____

Additional Defendants may be added on a separate sheet of paper.

4.                          **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

On June 4, 2020 at 1:06pm, Lt. Rose J. Dell stated: "Mr. Hines, Please do not contact Patricia King of Corporate Counsel regarding the incident you wanted investigated by the Police Department. You need to speak with the investigating Officer. Please call either the non-emergency number at at 203-946-6316 or 203-946-6255 to speak with the Front Desk Sergeant."

5.                          **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

On June 4, 2020 at 1:06pm, Lt. Rose J. Dell

stated: "Mr. Hines, Please do not contact Patricia

King of Corporate Counsel regarding the incident

you wanted investigated by the Police Department.

You need to speak with the investigating Officer.

**SECOND CAUSE OF ACTION**

Please call either the non-emergency number at

at 203-946-6316 or 203-946-6255 to speak with the Front Desk Sergeant."

**THIRD CAUSE OF ACTION**

6.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

## $1,000,000.00 (One Million Dollars)

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _____June 5, 2020_____

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

 Gmail

Dashon Hines <dashonhines@gmail.com>

---

## Your Complaint

15 messages

---

**Rose Dell** <RDell@newhavenct.gov>                                    Thu, Jun 4, 2020 at 1:06 PM
To: "dashonhines@gmail.com" <dashonhines@gmail.com>

Mr. Hines,


Please do not contact Patricia King of Corporation Counsel regarding the incident you want investigated by the Police
Department.  You need to speak with the investigating Officer.  Please call either the non-emergency number at 203-946-
6316 or 203-946-6255 to speak with the Front Desk Sergeant.


Thank you,


# Lieutenant Rose J. Dell

New Haven Police Department

Officer-in-Charge

Records Unit

1 Union Avenue

New Haven, CT


203-507-3107

---

**Dashon Hines** <dashonhines@gmail.com>                               Thu, Jun 4, 2020 at 7:39 PM
To: Rose Dell <RDell@newhavenct.gov>, ECIC <ECIC@newhavenct.gov>, "Gov. Andrew M. Cuomo" <Email@exec.ny.gov>,
usms.wanted@usdoj.gov, Timothy.Leonard@ic.fbi.gov, tips@nypost.com, tips@nytimes.com

In my capacity as a pro se petitioner before the United States District Court for the Northern District of New York, I
demand that you notify your supervisor of my wish to file a complaint against you regarding your previous response. see
link: https://www1.nyc.gov/site/ccrb/complaints/file-online.page
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK  DASHON HINES, PETITIONER,
OBJECTIONS vs. CASE NUMBER 1:20-CV-517 (DNH/ATB) NEW YORK STATE DEPARTMENT OF LABOR STAFF.
DEFENDANTS.

In the event, I do not hear from your supervisor, I will assume you did nothing concerning request to speak with your
supervisor and submit formal complaints against you for misconduct. see link: https://en.wikipedia.
org/wiki/Police_misconduct
[Quoted text hidden]

 Gmail

Dashon Hines <dashonhines@gmail.com>

## Your Complaint
15 messages

**Rose Dell** <RDell@newhavenct.gov>
To: "dashonhines@gmail.com" <dashonhines@gmail.com>

Thu, Jun 4, 2020 at 1:06 PM

Mr. Hines,

Please do not contact Patricia King of Corporation Counsel regarding the incident you want investigated by the Police Department.  You need to speak with the investigating Officer.  Please call either the non-emergency number at 203-946-6316 or 203-946-6255 to speak with the Front Desk Sergeant.

Thank you,

# Lieutenant Rose J. Dell

New Haven Police Department

Officer-in-Charge

Records Unit

1 Union Avenue

New Haven, CT

203-507-3107

**Dashon Hines** <dashonhines@gmail.com>
To: Rose Dell <RDell@newhavenct.gov>, ECIC <ECIC@newhavenct.gov>, "Gov. Andrew M. Cuomo" <Email@exec.ny.gov>, usms.wanted@usdoj.gov, Timothy.Leonard@ic.fbi.gov, tips@nypost.com, tips@nytimes.com

Thu, Jun 4, 2020 at 7:39 PM

In my capacity as a pro se petitioner before the United States District Court for the Northern District of New York, I demand that you notify your supervisor of my wish to file a complaint against you regarding your previous response. see link: https://www1.nyc.gov/site/ccrb/complaints/file-online.page
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK  DASHON HINES, PETITIONER, OBJECTIONS vs. CASE NUMBER 1:20-CV-517 (DNH/ATB) NEW YORK STATE DEPARTMENT OF LABOR STAFF. DEFENDANTS.

In the event, I do not hear from your supervisor, I will assume you did nothing concerning request to speak with your supervisor and submit formal complaints against you for misconduct. see link: https://en.wikipedia.org/wiki/Police_misconduct
[Quoted text hidden]

```
===========================================
             NIAGARA SQUARE
            229 W GENESEE ST
          BUFFALO, NY 14202-9998
              351001-0201
              (800)275-8777
          06/05/2020 12:07 PM
===========================================
===========================================
-------------------------------------------
Product                  Qty   Unit      Price
                               Price
-------------------------------------------
Boutonniere               1    $0.55     $0.55
Uncle Sams Hat            1    $0.15     $0.15
-------------------------------------------
Total:
                                         $0.70
-------------------------------------------

-------------------------------------------
Cash
Change                                   $1.00
                                       ($0.30)
-------------------------------------------
```

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5140-0090-001-00026-29317-02

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

Receipt #: 840-51400090-1-2629317-2
Clerk: 91